Entered on Docket
June 21, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Sheila Gropper Nelson, SBN 85031
Resolution Law Firm P. C.
50 Osgood Place 5th Fl
San Francisco CA 94133
415-362-2221
Attorney for Debtor Tarek El Consul

**The following constitutes the order of the Court.
Signed: June 21, 2023**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### [OAKLAND DIVISION]

In re:

Tarek A. El Consul

Case No.: 23-40657 WJL

Chapter 13

**Order on Ex Parte Application to Extend Deadline to File Schedules & Supporting Papers**

This Court has considered the Debtor's Ex Parte Application to Extend Deadline to File Schedules. Based upon the record before the Court, and good cause appearing, the motion is GRANTED as follows: the Debtor shall have until July 7, 2023, to file those missing documents that are required pursuant to § 521(a)(1).

** END OF ORDER **

**Service List**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28