

**The following constitutes the order of the Court.**
**Signed: July 14, 2023**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>    Tarek A. El Consul,<br><br>                  Debtor. | Case No. 23-40657 WJL<br><br>Chapter 13 |

**Order (I) Vacating Dismissal For Failure to File Required Documents and (II) Granting Debtor's Voluntary Motion to Dismiss**

    On July 6, 2023, Debtor in the above-captioned case filed a Motion to Dismiss Case under 11 U.S.C. § 1307(b) (the "MTD") (ECF #14). However, the Clerk's Office entered an Order and Notice of Dismissal for Failure to Comply on July 13, 2023 (the "Clerk's Dismissal") (ECF #17). Having reviewed the MTD, the Court HEREBY (1) vacates the Clerk's Dismissal and (2) grants the Debtor's MTD.

***End of Order***

**Court Service List**

Tarek A. El Consul

10001 Doolittle Dr.

Oakland, CA 94603